UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVEN CROW et al.,

Plaintiffs,

v.

TRANS-SYSTEM, INC..,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C15-5665RJB

X **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as follows:

On plaintiffs' negligence claim, jury finds for PLAINTIFFS Steven Crow, Cheryl Crow, J.M.C., J.C.C., G.E.C.;

On plaintiffs' strict liability claim, jury finds for PLAINTIFFS Steven Crow, Cheryl Crow, J.M.C., J.C.C., G.E.C.;

Jury determines damages to plaintiffs, proximately caused by defendant, to be as follows:

Past and future non-economic damages for Steven Crow = $3,120,000;
Past economic damages for Steven Crow = $400,000;
Future economic damages for Steven Crow = $1,300,000;
Loss of consortium damages for Cheryl Crow = $1,560,000;
Impairment to parent-child relationship for J.M.C. = $45,000;
Impairment to parent-child relationship for J.C.C. = $35,000;
Impairment to parent-child relationship for G.E.C. = $30,000;

THEREFORE, plaintiffs are hereby awarded judgment against defendant in the total sum of $6,490,000.

August 8, 2017

WILLIAM M. McCOOL
Clerk
/s/ Tyler Campbell
By Tyler Campbell, Deputy Clerk