The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN CROW and CHERYL CROW, individually and as husband and wife, and Plaintiff CHERYL CROW on behalf of and as parent and guardian of J.M.C., J.J.C., and G.E.C., minors,<br><br>Plaintiffs,<br><br>v.<br><br>COSMO SPECIALTY FIBERS, INC., a Delaware Corporation; TRANS-SYSTEM, INC., an Indiana corporation d/b/a JAMES J. WILLIAMS BULK SERVICE TRANSPORT; AIRGAS SPECIALTY PRODUCTS, INC., a Delaware corporation, "JOHN DOE AND JANE DOE ONE," Individually and as husband and wife; "JOHN DOE TWO COMPANY", an as of yet unknown company, partnership or individual,<br><br>Defendants. | NO. 3:15-cv-05665-RJB<br><br>STIPLUATED MOTION AND ORDER OF DISMISSAL OF COSMO SPECIALTY FIBERS, INC.'S CROSSCLAIM AGAINST AIRGAS SPECIALTY PRODCUTS, INC.<br><br>NOTE ON MOTION CALENDAR:<br><br>August 9, 2017 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter has been fully settled and compromised as to Defendant Cosmo Specialty Fibers, Inc.'s crossclaim against Airgas Specialty Products, Inc. and that such



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

crossclaims against Airgas Specialty Products, Inc. may be dismissed with prejudice and without costs.

DATED this 9th day of August, 2017

*s/ Tamara K. Nelson*
Tamara K. Nelson, WSBA No. 27679
MERRICK, HOFSTEDT & LINDSEY, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
(206) 682-0614 telephone
(206) 467-2689 facsimile
tnelson@mlhseattle.com
Attorney for Airgas Specialty Products

*s/ Stephanie L. Bloomfield*
Stephanie L. Bloomfield, WSBA No. 24251
GORDON THOMAS HONEYWELL
PO Box 1157
Tacoma, WA 98401-1157
(253) 620-6500 telephone
(253) 620-6565
SBloomfield@gth-law.com
Attorney for Cosmo Specialty Fibers, Inc.

**ORDER**

THIS MATTER having come on to be heard before the undersigned judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Cosmo Specialty Fibers, Inc.'s crossclaims against Airgas Specialty Products, Inc. be and are hereby dismissed with prejudice and without costs.

Dated this _____ day of ____________, ____.

____________________________________
HONORABLE ROBERT J. BRYAN

Presented by:

*s/ Tamara K. Nelson*
Tamara K. Nelson, WSBA No. 27679
MERRICK, HOFSTEDT & LINDSEY, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
(206) 682-0614 telephone
(206) 467-2689 facsimile
tnelson@mlhseattle.com
Attorney for Airgas Specialty Products

*s/ Stephanie L. Bloomfield*
Stephanie L. Bloomfield, WSBA No. 24251
GORDON THOMAS HONEYWELL
PO Box 1157
Tacoma, WA 98401-1157
(253) 620-6500 telephone
(253) 620-6565
SBloomfield@gth-law.com
Attorney for Cosmo Specialty Fibers, Inc.

Approved as to form, Notice of Presentment Waived:

John G. Fritts, WSBA No. 11820
W. Sean Hornbrook, WSBA No. 31260
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
(206) 623-4100 telephone
(206) 623-9273 facsimile
fritts@wscd.com
hornbrook@wscd.com
Attorneys for Defendants Trans-System, Inc. and Bulk Service Transport, Inc. d/b/a James J. Williams

Michael J. Fisher, WSBA No. 32778
Daniel R. Kyler, WSBA No. 12905
Daniel L. Hannula, WSBA No. 7830
RUSH, HANNULA, HARKINS & KYLER, L.L.P
4701 So. 19th St., #300
Tacoma, WA 98405
(253) 383-5388 telephone
(253) 272-5105 facsimile
mfisher@rhhk.com
dkyler@rhhk.com
dhannula@rhhk.com
Attorneys for Plaintiffs

Tamara S. Clower, WSBA No. 20208
TACOMA INJURY LAW GROUP, INC., P.S.
3848 S. Junett Street
Tacoma, WA 98409
(253) 472-8566 telephone
(253) 475-1221 facsimile
tammy@tacomainjurylawgroup.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2017, I filed the foregoing instrument through the CM/ECF System, which caused all parties of record to be served at their email addresses of record with the court.

*/s/ Marlene Tibke*
Marlene Tibke, Legal Assistant to
Tamara K. Nelson, WSBA #27679



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610